BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
MARGARET H. McGEE (SBN 142722)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200
e-mail: Maggie.McGee@ust.doj.gov

Attorneys for Acting United States Trustee,
Region 17, SARA L. KISTLER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 09-43072 |
| | ) Chapter 7 |
| CAROLYN YVONNE BELL, | ) |
|     Debtor. | )  No Hearing Required |
| _____ | ) |

### **Application for Order Reopening Chapter 7 Case**

Sara L. Kistler, the Acting United States Trustee, ("UST"), hereby applies under 11 U.S.C. § 350(b) for entry of an order reopening the chapter 7 case captioned above.

The UST requests the case be reopened to permit her to investigate and, in the exercise of her duties, determine whether to seek relief with respect to the revocation of Debtor's discharge.

### **Background**

The Debtor filed a chapter 7 case on April 14, 2009. On May 12, 2009, the trustee conducted and concluded the meeting of creditors under 11 U.S.C. § 341. On August 16, 2009, an Order Discharging Debtor and Final Decree was entered. On April 16, 2010, the bankruptcy case was closed.

On April 16, 2010, the UST filed an adversary proceeding in this case, AP # 10-04091. As the revocation complaint was filed the same day but shortly after the case was closed, the UST seeks to reopen the case in order to prosecute the revocation action.

Enabling of the exercise of the UST's duties with respect to the foregoing constitutes cause for reopening the case under Bankruptcy Code section 350(b).

Wherefore, the UST respectfully requests that the Court enter an order reopening this

**Application for Order Reopening    Case No: 09-43072**    1

| | |
|---|---|
| 1 | chapter 7 case. |
| 2 | |
| 3 | Date: May 13, 2010                                    Respectfully submitted, |
| 4 |                                                                    Barbara Matthews<br>                                                                    Assistant United States Trustee |
| 5 | |
| 6 |                                   By:       /s/ MARGARET McGEE<br>                                                  MARGARET McGEE |
| 7 |                                                  Trial Attorney<br>                                                  Attorneys for Sara L. Kistler |
| 8 |                                                  Acting U.S. Trustee |